UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
:
:
IN THE MATTER OF                 :
PRO SE PETITIONS                 :   STANDING ORDER
FOR WRITS OF HABEAS CORPUS       :   M10 - 468
:
---------------------------------X

    All pro se petitions for writs of habeas corpus, whether brought under 28 U.S.C. §2241, §2254 or §2255, shall be deemed to include a petition for leave to appear in forma pauperis and the Clerk of Court is directed to file all such petitions as if in forma pauperis status had been granted without prepayment of fees.

SO ORDERED

                                                THOMAS P. GRIESA
                                                Chief Judge

Dated:
      New York, New York